

U. S. Department of Justice

*United States Attorney*
*Western District of Texas*
*El Paso Division*

*700 E. San Antonio Ave, Suite 200*　　　　　　　　　　　　　　　　　Telephone: (915) 534-6884
*El Paso, Texas 79901*　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (915) 534-6024

October 11, 2016

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

　　　　Re:　U.S. v. Antonio Tovar-Guapo
　　　　　　　16-MJ-03910-RFC

Dear Sir or Madam:

　　　　This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

　　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　RICHARD L. DURBIN, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　By:　_____/s/_____
　　　　　　　　　　　　　　　　　　　　AUSA Mallory Rasmussen
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney